| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) MCAULIFFE, STEVEN J. | 2. Court or Organization U.S. DISTRICT COURT - N.H. | 3. Date of Report 05/14/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |
| 7. Chambers or Office Address WARREN B. RUDMAN COURTHOUSE 55 PLEASANT STREET, ROOM 416 CONCORD, N.H. 03301 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Fellow | New Hampshire Bar Foundation |
| 2. Director | Challenger Center for Space Science Education |
| 3. Trustee | Trust #1 |
| 4. Partner | Piglet (Neighborhood Investment Club) |
| 5. Member | Shumac, LLC |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accts Merrimack Cty. Savings Bank | A | Interest | J | T | | | | | |
| 2. IRA American Funds: Inv Co of America | B | Dividend | L | T | | | | | |
| 3. IRA American Funds: Wash Mut. Inv Fund | A | Dividend | J | T | | | | | |
| 4. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 5. UBS Retirement Money Fund (UBS Bank USA Dep Acct) | A | Interest | J | T | | | | | |
| 6. IRA Franklin Templeton For. Fund | B | Dividend | L | T | | | | | |
| 7. IRA Du Pont De Nemours | A | Dividend | J | T | Buy | 01/18/12 | J | | |
| 8. Pinchers' Investment Group Ptnshp Share (See Part VIII) | A | Dividend | J | T | | | | | |
| 9. -Diageo (DEO) | | | | | | | | | |
| 10. Piglet Investment Club Partnership Shares (See Part VIII) | A | Interest | J | T | | | | | |
| 11. -UBS RMA Cash Account | A | Interest | J | T | | | | | |
| 12. -Guided Therapeutics | | None | J | T | Buy (add'l) | 01/12/12 | J | | |
| 13. -Earthlink Inc | A | Dividend | J | T | Buy | 02/13/12 | J | | |
| 14. -Zynga Inc | | None | | | Buy | 06/06/12 | J | | |
| 15. -Zynga Inc | | None | | | Sold | 09/05/12 | J | A | |
| 16. -3-D Systems | A | Dividend | J | T | Buy | 07/13/12 | J | | |
| 17. -Bolt Tech Corp | A | Dividend | J | T | Buy | 09/05/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Facebook Inc | A | Dividend | J | T | Buy | 10/15/12 | J | | |
| 19.   CVS Caremark Corp. | A | Dividend | J | T | | | | | |
| 20.   IRA iShares Russell Fund | A | Dividend | K | T | | | | | |
| 21.   IRA Midcap SPDR TR | A | Dividend | K | T | | | | | |
| 22.   Fed. Prime MM Fund (UBS Bank USA Dep Acct) | A | Dividend | M | T | | | | | |
| 23.   Merrimack Cty. Sav. Bk. NOW Acct (2) | A | Interest | J | T | | | | | |
| 24.   Enterprise Prods. Ptnrs. | A | Dividend | K | T | Sold (part) | 05/16/12 | K | D | |
| 25.   Kinder Morgan Energy LP | A | Dividend | J | T | | | | | |
| 26.   Myriad Pharmaceuticals Inc. (Myrexis, Inc) | | None | | | Sold | 01/18/12 | J | A | |
| 27.   iShares TR Russell 2000 Index Fund | B | Dividend | K | T | | | | | |
| 28.   Norfolk South. Corp. | A | Dividend | J | T | | | | | |
| 29.   IRA iShares Russell Mid-cap | A | Dividend | K | T | | | | | |
| 30.   IRA Satyam Comp. Svcs. | | None | | | Sold | 01/18/12 | J | A | |
| 31.   iShares Trust Russell Midcap Growth Index Fund | A | Dividend | J | T | | | | | |
| 32.   McDonald's Corp. (UBS) | A | Dividend | | | Sold | 08/14/12 | K | D | |
| 33.   McDonald's Corp. (MCSB) | A | Dividend | | | Sold | 12/26/12 | J | A | |
| 34.   Apple Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Johnson & Johnson Inc. | B | Dividend | K | T | | | | | |
| 36. Deere & Co. | A | Dividend | | | Sold | 12/26/12 | J | A | |
| 37. Express Scripts Inc. | A | Dividend | | | Sold | 01/12/12 | J | A | |
| 38. Colgate-Palmolive Co. | A | Dividend | J | T | | | | | |
| 39. IBM Corp. | A | Dividend | K | T | | | | | |
| 40. Northern Trust Prime Obligation Fund 9/1 | A | Dividend | J | T | | | | | |
| 41. Simon PPTY Group Inc. | B | Dividend | K | T | Sold (part) | 05/16/12 | K | D | |
| 42. Becton Dickinson | B | Dividend | | | Sold | 03/15/12 | L | | |
| 43. 3M Co. | B | Dividend | | | Sold | 03/15/12 | K | E | |
| 44. STHN Cmnty B&T NC US | B | Interest | | | Sold | 01/23/12 | L | | |
| 45. Fla. St. Brd Ed. Pub. Ed. Cap. | B | Interest | K | T | | | | | |
| 46. iShares IBoxx Invt Gra. DE Corp. Bond Fund | B | Dividend | K | T | | | | | |
| 47. Tenn. St. Ser. A | A | Interest | K | T | | | | | |
| 48. Fairfax Cty. VA Pub. Ser. A | B | Interest | K | T | | | | | |
| 49. Autoliv Inc. | A | Dividend | K | T | | | | | |
| 50. Smucker JM Co. New | A | Dividend | K | T | Sold (part) | 08/14/12 | K | C | |
| 51. First Colebrook Bank | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AFLAC Inc. | A | Dividend | J | T | Buy (add'l) | 12/26/12 | J | | |
| 53. Danaher Corp. | A | Dividend | J | T | | | | | |
| 54. Google Inc. (MCSB) | A | Dividend | J | T | | | | | |
| 55. J.P. Morgan Chase Co. | A | Dividend | J | T | | | | | |
| 56. Oracle Corp. | A | Dividend | J | T | | | | | |
| 57. Starbucks Corp. | A | Dividend | J | T | | | | | |
| 58. Sysco Corp. | A | Dividend | J | T | | | | | |
| 59. BHP Billiton Ltd. | A | Dividend | J | T | | | | | |
| 60. iShare MSCI EAFE Index Fund | A | Dividend | K | T | | | | | |
| 61. iShare Trust MSCI Emerging Mkts | A | Dividend | J | T | | | | | |
| 62. NH St. Genl Ob Ser A | A | Interest | K | T | | | | | |
| 63. NH Muni Bond Ser B | A | Interest | K | T | | | | | |
| 64. Templeton Global Income Fund (DELA) | B | Dividend | | | Sold | 12/19/12 | K | A | |
| 65. United Technologies Corp | A | Dividend | | | Sold | 01/12/12 | K | A | |
| 66. TJX Companies | A | Dividend | J | T | | | | | |
| 67. Baker Hughes Inc | A | Dividend | J | T | | | | | |
| 68. VISA Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Qualcomm Inc | A | Dividend | J | T | Sold (part) | 09/11/12 | K | B | |
| 70. Amazon Inc | A | Dividend | J | T | | | | | |
| 71. Chevron Corp (MCSB) | A | Dividend | J | T | | | | | |
| 72. Citrix Systems | A | Dividend | J | T | | | | | |
| 73. Coca Cola Company | A | Dividend | J | T | | | | | |
| 74. Emerson Electric Co | A | Dividend | J | T | | | | | |
| 75. Intuitive Surgical | A | Dividend | J | T | | | | | |
| 76. Prudential Financial Inc | A | Dividend | J | T | | | | | |
| 77. S&P 400 Midcap Index | A | Dividend | J | T | | | | | |
| 78. Google Inc(UBS) | A | Dividend | K | T | Buy | 05/16/12 | K | | |
| 79. Home Depot Inc | A | Dividend | K | T | Buy | 05/16/12 | K | | |
| 80. General Electric Co | A | Dividend | K | T | Buy | 08/14/12 | K | | |
| 81. Henderson Global Equity | | None | K | T | Buy | 12/19/12 | K | | |
| 82. Du Pont De Nemours | A | Dividend | | | Buy | 01/18/12 | K | | |
| 83. Du Pont De Nemours | A | Dividend | | | Sold | 12/19/12 | K | A | |
| 84. Brown-Forman Corp | A | Dividend | K | T | Buy | 01/18/12 | K | | |
| 85. Chevron Corp(UBS) | A | Dividend | K | T | Buy | 03/19/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  iShares Trust Russell 1000 | A | Dividend | K | T | Buy | 08/14/12 | K | | |
| 87.  Abbott Labs | A | Dividend | J | T | Buy | 01/12/12 | J | | |
| 88.  American Express Co | | None | J | T | Buy | 12/26/12 | J | | |
| 89.  BB&T Corp | | None | J | T | Buy | 12/26/12 | J | | |
| 90.  Celgene Corp | A | Dividend | J | T | Buy | 01/12/12 | J | | |
| 91.  Coach Inc | A | Dividend | J | T | Buy | 08/06/12 | J | | |
| 92.  Comcast Corp New | A | Dividend | J | T | Buy | 04/02/12 | J | | |
| 93.  eBay Inc | | None | J | T | Buy | 12/26/12 | J | | |
| 94.  Fluor Corp | A | Dividend | J | T | Buy | 04/11/12 | J | | |
| 95.  US Bancorp | A | Dividend | J | T | Buy | 05/15/12 | J | | |
| 96.  Shumac LLC 50% Int (Holds ▒ Property in Merrimack Cty,NH) | | None | N | W | | | | | |
| 97.  R.P. Jobin, Personal Loan | | None | K | T | | | | | |
| 98.  Northern Trust Prime Obligation Fund 9/1 [C] | A | Dividend | K | T | | | | | |
| 99.  Johnson & Johnson [C] | A | Dividend | K | T | | | | | |
| 100.  Deere & Co. [C] | A | Dividend | J | T | | | | | |
| 101.  AFLAC Inc. [C] | A | Dividend | J | T | Buy (add'l) | 12/26/12 | J | | |
| 102.  Apple Inc. [C] | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. McDonald's Corp. [C] | A | Dividend | J | T | | | | | |
| 104. Abbott Labs [C] | A | Dividend | K | T | | | | | |
| 105. Chevron Corp. [C] | A | Dividend | K | T | | | | | |
| 106. Colgate-Palmolive Co. [C] | A | Dividend | J | T | | | | | |
| 107. Danaher Corp. [C] | A | Dividend | J | T | | | | | |
| 108. Dupont E.I. Dem. Co. [C] | A | Dividend | J | T | | | | | |
| 109. Express Scripts Inc. [C] | | None | | | Sold | 01/12/12 | J | A | |
| 110. J.P. Morgan Chase Co. [C] | A | Dividend | J | T | | | | | |
| 111. Nike Inc. [C] | A | Dividend | J | T | | | | | |
| 112. Oracle Corp. [C] | A | Dividend | K | T | | | | | |
| 113. Procter & Gamble Co. [C] | A | Dividend | K | T | | | | | |
| 114. Spectra Energy Corp. [C] | A | Dividend | J | T | | | | | |
| 115. Starbucks Corp. [C] | A | Dividend | J | T | | | | | |
| 116. Sysco Corp. [C] | A | Dividend | J | T | | | | | |
| 117. UnitedHealth Group Inc. [C] | A | Dividend | K | T | | | | | |
| 118. Wells Fargo & Co. [C] | A | Dividend | K | T | | | | | |
| 119. Buffalo Small Cap Fund [C] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Transocean Ltd. [C] | A | Dividend | | | Sold | 12/19/12 | K | B | |
| 121.  iShares Trust MSCI EAFE Index Fund [C] | A | Dividend | J | T | | | | | |
| 122.  iShares Trust MSCI Emerging Mkts [C] | A | Interest | K | T | | | | | |
| 123.  UBS Pace MM Inv Fund Class P [K] | A | Dividend | J | T | | | | | |
| 124.  Am Funds Growth Fund of Am Class F [K] | A | Dividend | | | Sold | 12/24/12 | J | A | |
| 125.  John Hancock Classic Val Fund Class A [K] | A | Dividend | | | Sold | 12/24/12 | J | A | |
| 126.  Oppenheimer Main St. Small Cap Fund A [K] | A | Dividend | | | Sold | 12/24/12 | J | A | |
| 127.  RS Value Fund Class A [K] | A | Dividend | | | Sold | 12/24/12 | J | A | |
| 128.  Thornburg Intnl Value Fund Class A [K] | A | Dividend | | | Sold | 12/24/12 | J | A | |
| 129.  DWS Core Fixed Income Fund Class A [K] | A | Dividend | | | Sold | 12/24/12 | J | A | |
| 130.  F. Templeton Global Bond A [K] | A | Dividend | J | T | | | | | |
| 131.  Manager's Bond Fund [K] | A | Dividend | | | Sold | 12/24/12 | J | A | |
| 132.  Arbitrage Fund[K] | | None | J | T | Buy | 12/21/12 | J | | |
| 133.  BlackRock Eq Div Fund[K] | | None | J | T | Buy | 12/21/12 | J | | |
| 134.  Calamos Market Neutral Income Fund[K] | | None | J | T | Buy | 12/21/12 | J | | |
| 135.  Calamos Intnl Growth Fund[K] | | None | J | T | Buy | 12/21/12 | J | | |
| 136.  Dreyfus Small Co Value Fund[K] | | None | J | T | Buy | 12/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Harbor Intnl Fund Investor Class[K] | | None | J | T | Buy | 12/21/12 | J | | |
| 138. Natixis Loomis Sayles Core Plus Bond Fund[K] | | None | J | T | Buy | 12/21/12 | J | | |
| 139. Oppenheimer Dev Mkt Fund Class A[K] | | None | J | T | Buy | 12/21/12 | J | | |
| 140. Pimco Total Return Fund[K] | | None | J | T | Buy | 12/21/12 | J | | |
| 141. Pace Money Mk Inv Fund[K] | | None | J | T | Buy | 12/21/12 | J | | |
| 142. Principal High Yield Fund[K] | | None | J | T | Buy | 12/21/12 | J | | |
| 143. Royce Premier Fund[K] | | None | J | T | Buy | 12/21/12 | J | | |
| 144. Wilmington Intermediate Term Bond Fund[K] | | None | J | T | Buy | 12/21/12 | J | | |
| 145. Invesco Global Real Est Fd[K] | | None | J | T | Buy | 12/21/12 | J | | |
| 146. Laudus Growth Inv US Large Cap Fund[K] | | None | J | T | Buy | 12/21/12 | J | | |
| 147. UBS Pimco College Fund 529(1)[K] | A | Interest | J | T | | | | | |
| 148. UBS Pimco College Fund 529(2)[K] | A | Interest | K | T | | | | | |
| 149. Abbott Labs [C] | A | Dividend | | | Sold | 01/12/12 | K | A | |
| 150. Prudential Fin. Inc. [C] | A | Dividend | J | T | | | | | |
| 151. United Technologies Corp. [C] | A | Dividend | | | Sold | 04/11/12 | J | A | |
| 152. S&P 400 Midcap Index [C] | A | Dividend | J | T | | | | | |
| 153. Citrix Systems [C] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Coach Inc. [C] | A | Dividend | K | T | | | | | |
| 155. Cognizant Technology Solutions [C] | A | Dividend | J | T | | | | | |
| 156. Cummins Inc. [C] | A | Dividend | J | T | | | | | |
| 157. BlackRock Equity Div Fund A [C] | A | Dividend | K | T | | | | | |
| 158. Harbor Intnl Fund Inv Class [C] | A | Dividend | J | T | | | | | |
| 159. Henderson Global Inv. Intnl Opp Fund A [C] | A | Dividend | J | T | | | | | |
| 160. ING Global Real Est Fund Class A [C] | A | Dividend | J | T | | | | | |
| 161. John Hancock Large Cap Equity Fund Class A [C] | A | Dividend | K | T | | | | | |
| 162. Neuberger Berman Genesis Fund Inv Class [C] | A | Dividend | J | T | | | | | |
| 163. Oppenheimer Dev Mkts Fund Class A [C] | A | Dividend | J | T | | | | | |
| 164. Royce Premier Fund [C] | A | Dividend | J | T | | | | | |
| 165. F. Templeton Global Bond A [C] | A | Interest | K | T | | | | | |
| 166. Pimco Total Ret. Fund Class A [C] | B | Dividend | K | T | | | | | |
| 167. Wilmington Short/ Intermediate-Term Bond Fund [C] | B | Dividend | K | T | | | | | |
| 168. Aberdeen Equity Long- Short Fund Class A [C] | A | Dividend | J | T | | | | | |
| 169. JP Morgan Multi-cap Mkt Neutral Fund [C] | A | Dividend | J | T | | | | | |
| 170. Van Eck Global Hard Assets Fund Class A [C] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MCAULIFFE, STEVEN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Baker Hughes Inc [C] | A | Dividend | J | T | | | | | |
| 172. VISA Inc [C] | A | Dividend | K | T | | | | | |
| 173. Qualcomm Inc [C] | A | Dividend | J | T | | | | | |
| 174. Amazon Inc [C] | A | Dividend | K | T | | | | | |
| 175. Apache Corp [C] | A | Dividend | J | T | | | | | |
| 176. IBM [C] | A | Dividend | | | Sold | 12/26/12 | J | A | |
| 177. Whole Foods Market Inc [C] | A | Dividend | J | T | | | | | |
| 178. iShares FTSE/Xinhua China 25 Index Fund [C] | A | Dividend | J | T | | | | | |
| 179. BB&T Corp[C] | | None | J | T | Buy | 12/26/12 | J | | |
| 180. Celgene Corp[C] | A | Dividend | J | T | Buy | 01/12/12 | J | | |
| 181. Comcast Corp New[C] | A | Dividend | J | T | Buy | 04/02/12 | J | | |
| 182. eBay Inc[C] | | None | J | T | Buy | 12/26/12 | J | | |
| 183. Fluor Corp[C] | A | Dividend | K | T | Buy | 04/11/12 | K | | |
| 184. US Bancorp[C] | A | Dividend | J | T | Buy | 05/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. INVESTMENTS AND TRUSTS.
    Trust #1 assets are listed in Part VII, identified by the designation "[C]."


PART VII. INVESTMENTS AND TRUSTS.
    Line 8. Pinchers' Investment Group Ptnshp Share - Aggregated (specific holdings noted by " - " below) (investment club - aggregated).

    Line 10. Piglet Investment Club Partnership - Aggregated (specific holdings are listed below main entry and designated by "-").

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEVEN J. MCAULIFFE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544